UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOE HAND PROMOTIONS, INC.,
As Broadcase Licensee of the
February 22, 2003 Tyson/Etienne
Program

                    Plaintiff,

    -against-                 05 Civ. 8472 (DAB)
                                <u>ADOPTION OF REPORT</u>
                                <u>AND RECOMMENDATION</u>

GREGORY MARIUS, individually, and
as officer, director, shareholder
and/or principal of WILLIES
ENTERTAINERS SPORTS BAR & CAFE INC.
d/b/a WILLIES ENTERTAINMENT
a/k/a WILLY'S ENTERTAINERS SPORTS
a/k/a/ WILLIES ENTERTAINERS SPORTS
BAR & CAFE

    and

WILLIES ENTERTAINERS SPORTS BAR
& CAFE INC. d/b/a WILLIES ENTERTAINMENT
a/k/a WILLY'S ENTERTAINERS SPORTS
a/k/a/ WILLIES ENTERTAINERS SPORTS
BAR & CAFE

                    Defendants.

------------------------------------X
DEBORAH A. BATTS, United States District Judge:

     This matter is before the Court upon the July 3, 2007 Report and Recommendation ("Report") of United States Magistrate Judge Theodore H. Katz. The Report recommends that judgment be entered awarding Plaintiff $10,200.00 in statutory damages, $1,531.25 in attorneys' fees, and $800.00 in costs, for a total of $12,531.25,

1

for which Defendants should be jointly and severally liable. (Report at 12.)

According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised of this procedure in Magistrate Judge Katz' Report and Recommendation, to date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Theodore H. Katz, dated July 3, 2007, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Upon entry of judgment in the amount stated in the first paragraph of this Order, the Clerk of Court is directed to CLOSE the docket for this case.

SO ORDERED.

DATED:    New York, New York
          August 16, 2007

Deborah A. Batts
United States District Judge